EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2007 TSPR 200 |
| Adalberto Fernández Díaz | 172 DPR _____ |

Número del Caso: TS-5269

Fecha: 9 de noviembre de 2007

Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Adalberto Fernández Díaz

TS-5269


RESOLUCIÓN


En San Juan, Puerto Rico, a 9 de noviembre de 2007.

Examinada la moción presentada por el señor Adalberto Fernández Díaz solicitando su reinstalación al ejercicio de la abogacía y la notaría, se autoriza la reinstalación del Lcdo. Adalberto Fernández Díaz al ejercicio de la abogacía y la notaría efectivo inmediatamente. Se le apercibe al licenciado Fernández Díaz que en el futuro deberá dar estricto cumplimiento a las normas que rigen el derecho notarial y se ordena el archivo de la presente causa.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo